# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**:  ROY LEE WALL, JR.**          CASE NO:  **04-09610-8-SWH**
                          **BETTY WALL**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **CREDIT FINANCIAL SERVICES**<br>**3800 GUESS RD**<br>**DURHAM, NC 27705-1506** | **$61.96** | **2/4/10** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**                        _____/s/ Trawick H. Stubbs, Jr._____
                                    **TRAWICK H. STUBBS, JR.**
                                    **CHAPTER 13 TRUSTEE**
                                    **P. O. BOX 1618**
                                    **NEW BERN, NC  28563**
                                    **(252) 633-0074**